# GI HO KIM
c/o Yunsung Choi
136-91 37th Ave. 2nd Fl.
Flushing, NY 11354
TEL (718) 614-4285 FAX (718) 460-1240

July 28, 2008

**Honorable Peter G. Sheridan**
**United States Magistrate Judge**
**United States District Court**
**King Courthouse Building**
**Newark, New Jersey 07101**

RE: Kim v. Keisler et ano.
NO. CV 08-1993

Dear Judge Sheridan:

Plaintiff respectfully write to request that this case be reopened.

In this action, Plaintiff seeks an order directing United States Citizenship and Immigration Services to grant and issue him a permanent resident card as proof of his lawful permanent residence. On June 25, 2008, USCIS approved this case. Defendants requested that this case be dismissed for the USCIS expects that the Plaintiff will receive the aforementioned card within the next three weeks. After that, Plaintiff consistently made numerous inquiries concerning the status of his Permanent Resident Card to the USCIS. However, no further action has been taken and the Plaintiff still has not obtained his permanent resident card. It is nearing one months since the delivery of defendant's request to dismiss this action. In this action, the Plaintiff seeks an order directing the USCIS to issue him a permanent resident card. Thus, this action is no longer moot and Plaintiff request that it should be reopened.

I look forward to receiving your reply at your earliest possible convenience.

Yours very truly,

Gi Ho Kim

*[Handwritten annotation:]* So Ordered. The Government should respond or oppose this request by Aug 15, 2008. Peter Sheridan 8/1/08

## DECLARATION

**Hyun Jin Lee**, hereby declares and states as follows:

That on the 28th day of July, 2008, I caused to deposited in the United States Mail, Flushing ,New York, the following document(s):

**LETTER OF REQUEST FOR REOPENING**

of which the annexed is true copy, contained in a securely enclosed postpaid envelop directed to the person(s) at the place(s) and address(es) as follows:

**Attn: Susan Handler- Menahem
Assistant United States Attorney**

**Christopher J. Christie
United States Attorney
District of New Jersey
Attorney for the Defendants
970 Broad Street, Suite 700
Newark, New Jersey 07101**

The undersigned affirms under penalty of perjury that the foregoing is true and correct

Dated: Queens, New York
July 28, 2008

_____
Hyun Jin Lee