**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

970 Broad Street, Suite 700　　general number: (973) 645-2700
Newark, New Jersey 07102　　　　telephone: 973-645-2843
　　　　　　　　　　　　　　　　　　　　fax: 973-297-2010
　　　　　　　　　　　　　e-mail: susan.menahem@usdoj.gov

Via ECF

August 14, 2008

Hon. Peter G. Sheridan
U.S. District Judge
United States District Court
King Courthouse Building
Newark, New Jersey 07101

*[Handwritten: 12/2/08 - No Order is - This matter is dismissed with prejudice. Peter Sheridan]*

　　Re:　Kim v. Keisler
　　　　　Civil Action No. 08-1993

Dear Judge Sheridan:

　　It has come to my attention that on August 1, 2008, the Court ordered the government to respond to plaintiff's letter of July 28, 2008. I wish to inform the Court that its Order was never served on the government. It is only because I checked the docket sheet that I learned that an order had been issued.

　　Plaintiff complains that although his application for permanent residence has been approved, he has not yet received his card evidencing that approval. I have been informed by the Citizenship and Information Service of the Department of Homeland Security that it is not uncommon for it to take sixty days for the card to be issued. I have also been informed that the card was printed in or about the first week of August. Therefore, if plaintiff has not yet received the card, he should be receiving it shortly.

　　This case should be dismissed as moot. Plaintiff sought the approval of his application and that approval has now been rendered. Plaintiff's card will be forthcoming in the normal course.

　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　CHRISTOPHER J. CHRISTIE
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s Susan Handler-Menahem
　　　　　　　　　　　　　By:　SUSAN HANDLER-MENAHEM
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc:　Gi Ho Kim, pro se
　　　c/o Yunsung Choi　136-91 37th Ave, 2d Floor
　　　Flushing N.Y. 11354